1   ALEX G. TSE (CABN 152348)
    United States Attorney
2
    BARBARA J. VALLIERE (DCBN 439353)
3   Chief, Criminal Division

4   THOMAS R. GREEN (CABN 203480)
    Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, CA 94612
       Telephone: (510) 637-3695
7      Fax: (510) 637-3724
       E-Mail: Thomas.Green@usdoj.gov
8
    Attorneys for United States of America
9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13                                    )
14  UNITED STATES OF AMERICA,         )   No.  CR 18-0388 HSG
                                      )
15         Plaintiff,                 )   **STIPULATION AND ORDER TO EXCLUDE
                                      )   TME UNDER THE SPEEDY TRIAL ACT**
16         v.                         )
                                      )
17  RAY LEE HOWARD,                   )
                                      )
18         Defendant.                 )
                                      )
19  _____ )

20

21        On October 1, 2018, the parties appeared before the district court for their initial appearance.

22  At the status conference the Court ordered that time be excluded, for the reasons stated on the record,

23  including for effective preparation of counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv),

24  between October 1, 2018 and October 22, 2018, which is the parties' next scheduled appearance.

25  The Court ruled that time should be excluded during that time period to allow the defense counsel

26  time to conduct further investigation, meet with the defendant to review the discovery and discuss the

27  possible resolution of this case.  The Court asked the defendant individually if he agreed that time

28  should be excluded under the Speedy Trial Act for the reasons described on the record and he agreed.

With the agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act from October 1, 2018 through October 22, 2018.

DATED: October 12, 2018

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

/s / John Paul Reichmuth
JOHN PAUL REICHMUTH
Attorney for Defendant

/s/ Thomas R. Green
THOMAS R. GREEN
Assistant United States Attorney

## ORDER

Based on the reasons provided in the stipulation of the parties and the reasons stated on the record at the October 1, 2018 status conference, the Court orders that time is excluded from Speedy Trial Act calculations from October 1, 2018 through October 22, 2018. Pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), the Court finds a good cause basis to exclude time for effective preparation of counsel and that the ends of justice served by excluding the above period of time outweigh the best interest of the public and the defendant in speedy trial.

IT IS SO ORDERED.

DATED: October 16, 2018

HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge